

FILED

MAR 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>M. HERNANDEZ, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BARRY LEE BROOKINS, CDCR #C-71478 |

A settlement conference in this matter commenced on March 5, 2019. Inmate Barry Lee Brookins, CDCR #C-71478 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 3/5/19

_____
UNITED STATES MAGISTRATE JUDGE

1