# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>[ECF Nos. 42, 46] |

Plaintiff Barry Lee Brookins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 30, 2019, the Magistrate Judge issued Findings and Recommendations recommending that the motion for summary judgment filed by Defendants A. Williams, Sanchez, Gelvezon, Scheesley, Crane, and Marsh be granted, and the claims against these Defendants be dismissed, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 46.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. (Id.) Plaintiff filed objections on September 16, 2019. (ECF No. 47.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 30, 2019, are adopted in full;
2. Defendants' motion for summary judgment filed on July 9, 2019, is granted; and
3. The claims against A. Williams, Sanchez, Gelvezon, Scheesley, Crane, and Marsh are dismissed, without prejudice, for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated: December 13, 2019

SENIOR DISTRICT JUDGE