**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>             Plaintiff,<br><br>    v.<br><br>M. HERNANDEZ, et al.,<br><br>             Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 49] |

Plaintiff Barry Lee Brookins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed December 18, 2019.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to February 27, 2020.


IT IS SO ORDERED.

Dated: __**December 18, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1