UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>   Plaintiff,<br><br>   v.<br><br>M. HERNANDEZ, et al.,<br><br>   Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION REQUESTING A COPY OF HIS MEDICAL RECORD<br><br>[ECF No. 77] |

Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 10, 2020, Plaintiff filed a motion requesting the Court direct prison officials to provide him with a copy of his medical record to assist in drafting an opposition to Defendants' pending motion for summary judgment. (ECF No. 77.) Plaintiff attaches a copy CDCR memorandum, dated May 13, 2020, regarding his request for a copy of his medical record. The memorandum states as follows:

> We received your CDCR 7385 form, requesting copies of your Medical Records.
>
> The CDCR's priority is to protect the health and well-being of our staff and the offender population as well as provide a safe environment.  Therefore, due to COVID-19 Precautions, Inmate/Patients are being seen for Urgent/Emergency appointments only.
>
> Your form will be kept in our office and once we are cleared to ducat you to Central Health to pick up your records, we will do so.

1

Please do not send another request for your records unless you are requesting different dates and/or documents.

(Mot. at 3, ECF No. 77.)

Based on the response from CDCR, the Court cannot determine if and/or when Plaintiff will be granted access to his medical records. Therefore, the Court finds a response by Defendants necessary to address Plaintiff's motion. Accordingly, within **ten (10)** days from the date of service of this order, Defendants shall file a response to Plaintiff's motion and address whether Plaintiff has access or when he will have access to his medical records.

IT IS SO ORDERED.

Dated:   **June 11, 2020**

UNITED STATES MAGISTRATE JUDGE