UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR COPY OF HIS MEDICAL RECORD<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 77] |

    Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 10, 2020, Plaintiff filed a motion requesting an order for prison officials to provide him with a copy of his medical file. (ECF No. 77.) Pursuant to court order, Defendants filed a response to Plaintiff's motion on June 18, 2020. (ECF No. 83.)

    Defendants submit the declaration of B. Hancock, Correctional Counselor II Specialist at Kern Valley State Prison (KVSP), where Plaintiff is currently housed. Defendants submit "that Plaintiff currently has access to his medical records, but he must take certain procedural steps in order to pick up copies of his medical records in-person." (Resp. at 1.) Defendants further submit that Plaintiff can request copies of his medical records by submitting a CDCR 7385 Form to KVSP Health Information Management (HIM) Office, which Plaintiff has previously done. (Mot. at 3, ECF No. 77.) However, due to the COVID-19 situation, Plaintiff is only allowed to pick up copies of his medical records in

1

order to meet a legal deadline, such as his deadline to file an opposition to Defendants' motion for summary judgment.  Therefore, the Court will reset the deadline for Plaintiff to file an opposition, and <u>Plaintiff is required to inform the HIM Office via a CDCR 7385 Form that he must pick up copies of his medical records in order to meet the current deadline.  In addition, Plaintiff must provide the HIM Office with information and documentation demonstrating the upcoming legal deadline, including the case name, case number, date of the legal deadline, along with a copy of the instant order setting the legal deadline</u>.  The Court accepts Defendants' representation at face value that Plaintiff's request will be accommodated provided he follows the above directive.

Accordingly, it is HEREBY ORDERED that Plaintiff is granted **thirty (30) days** from the date of service of this order to file an opposition to Defendants' pending motion for summary judgment.

IT IS SO ORDERED.

Dated:   **June 19, 2020**

UNITED STATES MAGISTRATE JUDGE