UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DOCUMENT SUBMITTED ON JUNE 25, 2020<br><br>[ECF No. 93] |

　　　　Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's request for a copy of the document submitted on June 25, 2020, filed on July 27, 2020.  Plaintiff contends that due to the COVID-19 outbreak he did not have access to the law library to make copies.

　　　　Plaintiff is advised that he is not entitled to free copies from the court. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge. To request copies of his Complaint at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Nonetheless, the Court will make a one-time exception and

1

provide Plaintiff a courtesy copy of the documents filed in this action on June 29, 2020 (self-dated June 25, 2020).  However, any future requests for copies of documents may be summarily denied.

      Accordingly, it is HEREBY ORDERED that the Clerk of Court shall provide Plaintiff a free courtesy copy of the opposition filed in this action on June 29, 2020 (ECF No. 89).

IT IS SO ORDERED.

Dated:   **July 28, 2020**

                                  UNITED STATES MAGISTRATE JUDGE