**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 70, 95) |

　　　Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On July 31, 2020, the assigned Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted in its entirety and judgment be entered in favor of Defendants. (Doc. No. 95.) The Findings and Recommendations were served on the parties and contained notice that objections were due within thirty days. (*Id*. at p. 15.) Plaintiff filed objections on August 19, 2020, and Defendants filed a response on September 2, 2020. (Doc. Nos. 99, 103.)

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on July 31, 2020 (Doc. No. 95), are adopted in full;

2. Defendants' motion for summary judgment filed on April 20, 2020 (Doc. No. 70), is granted; and

3. Judgment shall be entered in favor of Defendants.

IT IS SO ORDERED.

Dated:   November 30, 2020

SENIOR   DISTRICT   JUDGE

2