UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>M. HERNANDEZ, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION AS MOOT<br><br>(ECF No. 117) |

Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 30, 2020, Defendants' motion for summary judgment was granted and judgment was entered.  (ECF Nos. 118, 119.)

Plaintiff filed a notice of appeal on December 10, 2020.  (ECF No. 121.)  Plaintiff appeal was voluntarily dismissed on August 31, 2021.  (ECF No. 125.)

On November 25, 2020, Plaintiff filed a motion for clarification as to whether the Findings and Recommendations were adopted by the District Judge in order to file a notice of appeal.  (ECF No. 117.)  Inasmuch as the Findings and Recommendations were adopted in full on November 30, 2020, and Plaintiff's appeal was voluntarily dismissed, Plaintiff's motion for clarification is denied as moot.

IT IS SO ORDERED.

Dated:  **September 2, 2021**

UNITED STATES MAGISTRATE JUDGE

1