UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01675-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 118) |

Plaintiff Barry Lee Brookins is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 30, 2020, Defendants' motion for summary judgment was granted and judgment was entered. (ECF Nos. 118, 119.) Plaintiff filed a notice of appeal on December 10, 2020. (ECF No. 121.) Plaintiff appeal was voluntarily dismissed on August 31, 2020. (ECF No. 125.)

On September 17, 2021, Plaintiff filed a motion for voluntary dismissal of the action. (ECF No. 118.) Inasmuch as the Findings and Recommendations were adopted in full on November 30, 2020, and Plaintiff's appeal was voluntarily dismissed, Plaintiff's motion for voluntary dismissal is denied as moot. Plaintiff is advised that no further motions will be entertained in this closed action.

IT IS SO ORDERED.

Dated: **September 20, 2021**

UNITED STATES MAGISTRATE JUDGE

1